**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Thomas Melvin Swihart -
#098564

_____/

No. C 14-80024 WHA

**ORDER OF SUSPENSION**

Because Thomas Melvin Swihart has failed to respond to the order to show cause, Mr.

Swihart's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   April 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE